Rockingham
No. 6083

HARRY BRACKETT

v.

WILLIAM T. PRINCE, JR.

June 29, 1973

*Francis J. Riordan,* orally, for the plaintiff.

*Shute, Engel & Frazier* for the defendant, filed no brief.

PER CURIAM. This is a petition to establish a boundary line and enjoin a continuous trespass to land. Trial before a Master, *Leonard Hardwick,* Esq., resulted in a boundary determination to which the plaintiff objected. Subsequent to the approval of the master's report by *Morris,* J., plaintiff moved to reopen the case in order to present evidence of plaintiff's chain of title. The master's denial of this motion was approved by the Trial Court, *Morris,* J., who reserved and transferred the plaintiff's exceptions. The refusal to reopen the case after the verdict to present evidence available during trial cannot be held an abuse of discretion. *Sargent v. Janvrin,* 109 N.H. 66, 242 A.2d 73 (1968); *Ricker v. Mathews,* 94 N.H. 313, 316, 53 A.2d 196, 198 (1947).

*Plaintiff's exceptions overruled.*